BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, *v.* RELLIM CONSTRUCTION COMPANY, Appellant, Impleaded with Others.

Submitted November 25, 1940; decided December 3, 1940.

*Wallbridge S. Taft* and *John A. Sullivan* for motion.

*Frederick Hemley* and *Jesse Hemley,* opposed.

Motion denied with leave to renew on argument of appeal.